UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RICHARD MAX STRAHAN,              )
     Plaintiff,                    )  CIVIL ACTION NO.
                                   )  95-10927-DPW
        v.                         )
                                   )
and                                )
                                   )
CONSERVATION LAW FOUNDATION, INC., )
     Plaintiff-Intervenor,         )
                                   )
        v.                         )
                                   )
ROBERT DURAND, SECRETARY OF THE    )
MASSACHUSETTS EXECUTIVE OFFICE     )
OF ENVIRONMENTAL AFFAIRS,          )
DAVID PETERS, COMMISSIONER OF THE  )
MASSACHUSETTS DEPARTMENT OF        )
FISHERIES, WILDLIFE AND            )
ENVIRONMENTAL LAW ENFORCEMENT, AND )
PHILIP COATES, DIRECTOR OF THE     )
MASSACHUSETTS DIVISION OF MARINE   )
FISHERIES,                         )
     Defendants,                   )
                                   )
and                                )
                                   )
THE MASSACHUSETTS LOBSTERMEN'S     )
ASSOCIATION, INC.,                 )
     Defendant-Intervenor.         )
```

MEMORANDUM AND ORDER
July 19, 2001

Richard Max Strahan has filed "Plaintiff's Second Motion to Dismiss His Claims With Prejudice". He does so after being informed by the court in the Memoranda and Order dated June 6, 2001 denying his earlier motion to dismiss regarding potential consequences. He asserts that he "willingly faces all the consequences of his requested dismissal with prejudice, because



DOCKETED

435

he no longer can or will prosecute his claims further."

While the instant "Second Motion" references the wrong procedural rule, Fed. R. Civ. P. 42(a), this appears to be a typographical error on Mr. Strahan's part. His earlier motion, in fact cited the appropriate rule, Fed. R. Civ. P. 41. Mr. Strahan has plainly made a knowing and considered choice to submit to dismissal with prejudice pursuant to Rule 41(a)(2).

Accordingly, the claims of Richard Max Strahan are hereby dismissed with prejudice.

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE