UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN,<br>    Plaintiff,<br><br>    v.<br><br>and<br><br>CONSERVATION LAW FOUNDATION, INC.,<br>    Plaintiff-Intervenor,<br><br>    v.<br><br>ROBERT DURAND, SECRETARY OF THE<br>MASSACHUSETTS EXECUTIVE OFFICE<br>OF ENVIRONMENTAL AFFAIRS,<br>DAVID PETERS, COMMISSIONER OF THE<br>MASSACHUSETTS DEPARTMENT OF<br>FISHERIES, WILDLIFE AND<br>ENVIRONMENTAL LAW ENFORCEMENT, AND<br>PHILIP COATES, DIRECTOR OF THE<br>MASSACHUSETTS DIVISION OF MARINE<br>FISHERIES,<br>    Defendants,<br>and<br><br>THE MASSACHUSETTS LOBSTERMEN'S<br>ASSOCIATION, INC.,<br>    Defendant-Intervenor. | CIVIL ACTION NO.<br>95-10927-DPW |

## ORDER OF DISMISSAL
## AND CANCELLATION OF FURTHER CONFERENCE

WOODLOCK, D.J.

In accordance with the Memorandum and Order issued on July 19, 2001 on "Plaintiff's Second Motion to Dismiss His Claims With Prejudice" (#434), the above-captioned matter it is hereby ORDERED **DISMISSED WITH PREJUDICE.**

**The further conference previously set for JANUARY 15, 2002 is CANCELED in view of this Dismissal.**

By the Court

*Rebecca Greenberg*
Deputy Clerk