UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN,<br>    Plaintiff,<br><br>       v.<br><br>and<br><br>CONSERVATION LAW FOUNDATION, INC.,<br>    Plaintiff-Intervenor,<br><br>       v.<br><br>ROBERT DURAND, SECRETARY OF THE<br>MASSACHUSETTS EXECUTIVE OFFICE<br>OF ENVIRONMENTAL AFFAIRS,<br>DAVID PETERS, COMMISSIONER OF THE<br>MASSACHUSETTS DEPARTMENT OF<br>FISHERIES, WILDLIFE AND<br>ENVIRONMENTAL LAW ENFORCEMENT, AND<br>PHILIP COATES, DIRECTOR OF THE<br>MASSACHUSETTS DIVISION OF MARINE<br>FISHERIES,<br>    Defendants,<br>and<br><br>THE MASSACHUSETTS LOBSTERMEN'S<br>ASSOCIATION, INC.,<br>    Defendant-Intervenor. | CIVIL ACTION NO.<br>95-10927-DPW |

## ORDER VACATING ORDER OF DISMISSAL
## AND NOTICE OF SCHEDULING OF FURTHER CONFERENCE

WOODLOCK, D.J.

It is hereby ORDERED that the July 19, 2001 Order of
Dismissal is VACATED, and the case shall be re-opened as a
pending case on the docket, with respect to all parties except
Plaintiff Strahan.  In accordance with the Memorandum and Order
issued on July 19, 2001 on "Plaintiff's Second Motion to Dismiss
His Claims With Prejudice" (#434), the above-captioned matter it
is hereby ORDERED **DISMISSED WITH PREJUDICE AS TO PLAINTIFF**

**RICHARD MAX STRAHAN ONLY.**

DOCKETED



**The further conference previously set for <u>JANUARY 15, 2002</u>**

**<u>at 2:30 p.m.</u> is re-instated in view of this Dismissal.** A Status

Report shall be filed by January 8, 2002.


By the Court,

*Rebecca Greenberg*

Deputy Clerk

Dated: August 1, 2001